# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 551 MAL 2019

    Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v. :

ROBERT WALTER WILLIAMS, JR., :

    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 552 MAL 2019

    Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v. :

ROBERT WALTER WILLIAMS, JR., :

    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 553 MAL 2019

    Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v. :

ROBERT WALTER WILLIAMS, JR., :

    Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 554 MAL 2019

    Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

    v. :

ROBERT WALTER WILLIAMS, JR.,

Petitioner

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

ROBERT WALTER WILLIAMS, JR.,

Petitioner

:
:
:
:
:
:
: No. 555 MAL 2019
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.